# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DAVID WILLIAMS,**
**ADC #78730**                                                        **PLAINTIFF**

V.                             **2:09CV00044 BSM/JTR**

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, et al.**                           **DEFENDANTS**

## ORDER

The court has reviewed the proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the court concludes that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Cheryl Evans is DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

2. The court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 14th day of December, 2009.

                                                                           */s/ Brian S. Miller*
                                                           UNITED STATES DISTRICT JUDGE