UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID WILLIAMS,**
**ADC #78730**                                                                   **PLAINTIFF**

v.                 **CASE NO.: 2:09cv00044 BSM/JTR**

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, et al.**                          **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for a temporary restraining order or a preliminary injunction [Doc. No. 144] is DENIED.

2. Plaintiff's motion for summary judgment [Doc. No. 146] is DENIED.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 7th day of October, 2010.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE