UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID WILLIAMS,**
**ADC #78730**                                                                                        **PLAINTIFF**

**v.**                      **CASE NO. 2:09cv00044 BSM/JTR**

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, et al.**                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record in this case, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion for summary judgment [Doc. No. 123] is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 30th day of November, 2010.

                                                                     */s/ Brian S. Miller*
                                                        UNITED STATES DISTRICT JUDGE