UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID WILLIAMS,**
**ADC #78730** **PLAINTIFF**

v.   CASE NO. 2:09cv00044 BSM/JTR

**GREG HARMON, Warden,**
**East Arkansas Regional Unit, et al.** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and judgment is entered in favor of defendants on all claims set forth herein. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE