UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DAVID WILLIAMS,**
**ADC # 78730**                                                                                          **PLAINTIFF**

v.                          CASE NO. 2:09cv00044 BSM

**GREG HARMON, et al.**                                                                              **DEFENDANTS**

## ORDER

Plaintiff David Williams ("Williams") moves for reconsideration of the November 30, 2010 judgment. [Doc. No. 180]. Williams, however, also appealed the judgment and on April 14, 2011, the judgment was summarily affirmed. Therefore Williams's motion for reconsideration is now moot.

Accordingly, Williams's motion for reconsideration [Doc. No. 180] is denied as moot.

IT IS SO ORDERED this 25th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE